Case 8:25-cr-00087-CV   Document 1   Filed 04/02/25   Page 1 of 5   Page ID #:1

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | Case No. 8:25-mj-00245-DUTY |
| Byron Ramirez-Palacios, aka "Jorge Alberto Palacios Canas," aka "Jorge Palacios," "aka "Byron Alexander Ramirez," aka "Byron Alexander Zelaya Ramirez," aka "Liro Tigre de San Luises," aka, "Little Tigre," | |
| Defendant | |

**LODGED** CLERK, U.S. DISTRICT COURT  4/2/2025  CENTRAL DISTRICT OF CALIFORNIA  BY: JB  DEPUTY

**FILED** CLERK, U.S. DISTRICT COURT  4/2/2025  CENTRAL DISTRICT OF CALIFORNIA  BY: IV  DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Casey Sauceda, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of May 6, 2023 in the County of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

   Please see attached affidavit.

   ☒ Continued on the attached sheet.

_____
Complainant's signature

Casey Sauceda, Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 2, 2025

*Patricia Donahue* (signature)
Judge's signature

City and state: Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
*Printed name and title*

AUSA: Christina Marquez (x4061)

**AFFIDAVIT**

I, Casey Sauceda, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against BYRON RAMIREZ-PALACIOS, also known as ("aka") "JORGE ALBERTO PALACIOS CANAS," aka "JORGE PALACIOS," aka "BYRON ALEXANDER RAMIREZ," aka "BYRON ALEXANDER ZELAYA RAMIREZ," aka "LIRO TIGRE DE SAN LUISES," aka "LITTLE TIGRE" ("defendant"), charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service

("INS"), since July 2021.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4.   On or about May 6, 2023, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that defendant was in the custody of La Palma Police Department ("LPPD").  On or about that day, PERC lodged a DHS Immigration detainer with LPPD.  Defendant is not currently in custody with LPPD.

5.   Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by ICE, INS, or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6.   On or about March 27, 2025, I obtained and reviewed DHS A-File A 205-982-162 (the "DHS A-File"), which is maintained for the subject alien "BYRON RAMIREZ-PALACIOS."  The DHS A-File contained the following documents and information:

   a.   Photographs of the subject alien for the DHS A-File.  I compared the photographs in the DHS A-File to photographs taken at the time of defendant's booking into law enforcement custody.  I thus determined that this DHS A-File and its contents corresponded to this defendant.

      b.   One executed Warrant of Removal/Deportation (Form I-205), indicating that defendant was officially removed from the United States on or about June 11, 2021.

    7.   I know from my training and experience that a Warrant of Removal is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Warrant of Removal/Deportation in defendant's DHS A-File contained his photograph, signature, and fingerprint.

    8.   A police report showing that defendant was arrested on or about May 6, 2023 for False Information to Police, in violation of Penal Code Section 148.9(a); Unlicensed Driver, in violation of Vehicle Code Section 12500(a); Inoperable Rear License Plate Lamp, in violation of Vehicle Code Section 24601.

    9.   Various documents, in addition to the Warrant of Removal/Deportation, indicating that defendant is a native and citizen of El Salvador and ordering defendant removed to El Salvador.

    10.   On or about March 27, 2025, I reviewed the printouts of ICE computer indices on defendant.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that defendant had been removed, deported, and/or excluded on the date indicated on

the Warrant of Removal/Deportation, found in defendant's DHS A-File. The ICE computer indices further indicated that defendant had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

    11. Based on my review of defendant's DHS A-File, I determined that it does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in defendant's DHS A-File.

## IV. CONCLUSION

    12. For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __2nd__ day of
April 2025.

_/s/ Patricia Donahue_
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE