

FILED
CLERK, U.S. DISTRICT COURT
4/2/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
4/2/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   CHRISTINA MARQUEZ (Cal. Bar No. 305301)
4  Assistant United States Attorney
   Domestic Security & Immigration Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4061
7       E-mail:    christina.marquez@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,            No.   8:25-mj-00245-DUTY

13          Plaintiff,                  GOVERNMENT'S *EX PARTE* APPLICATION
                                        FOR ORDER SEALING DOCUMENT;
14          v.                          DECLARATION OF CHRISTINA MARQUEZ

15                                      **(UNDER SEAL)**
   BYRON RAMIREZ-PALACIOS,
16    aka "Jorge Alberto Palacios
      Canas,"
17    aka "Jorge Palacios,"
      aka "Byron Alexander Ramirez,"
18    aka "Byron Alexander Zelaya
      Ramirez,"
19    aka "Liro Tigre de San
      Luises,"
20    aka, "Little Tigre,"

21          Defendant.

22

23      Plaintiff United States of America, by and through its counsel

24 of record, the Acting United States Attorney for the Central District

25 of California and Assistant United States Attorney Christina Marquez,

26 hereby applies ex parte for an order that the government's criminal

27 complaint and affidavit in support thereof, arrest warrant, and

28 notice of request for detention, as well as this ex parte application

and proposed order, be filed under seal.

    This ex parte application is based upon the attached declaration of Christina Marquez.

Dated: April 2, 2025         Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

/s/ Christina Marquez
CHRISTINA MARQUEZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF CHRISTINA MARQUEZ**

I, Christina Marquez, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its criminal complaint and affidavit in support thereof, arrest warrant, and notice of request for detention (the "Documents"), along with this ex parte application and proposed order, under seal. Defendant has not been taken into custody on the charge(s) contained in the complaint and has not been informed that he is being named as a defendant. If the Documents were publicly available, that may result in defendant being notified and fleeing from prosecution and an increased risk in safety to the law enforcement officers who are tasked with executing the arrest warrant.

3. Accordingly, the government requests that the Documents and this ex parte application and proposed order be sealed and remain so until defendant is arrested and taken into custody on the charge(s) contained in the criminal complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 2, 2025.

*/s/ Christina Marquez*
Christina Marquez