Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2025 APR 30  AM 10: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF  V.  Ramirez-Palacios, Byron Alexander  USMS# ___   DEFENDANT | CASE NUMBER: 8:25-mj-00245-DUTY  REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/29/2025 at 1902 ☐ AM ☒ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   8 USC 1326(a)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: Spanish

7. Year of Birth: 1980

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ___

11. Name: SUKHWAN KANG   (please print)

12. Office Phone Number: 213-434-9924   13. Agency: DHS-ICE-ERO

14. Signature: SUKHWAN KANG  Digitally signed by SUKHWAN KANG  Date: 2025.04.29 07:02:22 -07'00'   15. Date: 04/29/2025

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION