M. Bo Griffith
Deputy Federal Public Defender
Office of the Federal Public Defender
Central District of California
411 West 4th St., Santa Ana CA 92701
714-338-4500
Bo_Griffith@fd.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 8: 25-mj-00245-DUTY |
| v. | |
| Jorge Ramirez-Palacios, "Byron Alexander-Palacios" | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant  Jorge Ramirez-Palacios
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____   by order dated: _____

☑ Magistrate Judge  Margo A. Rocconi   by order dated: April 30, 2025

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

1) Multiple family members willing to act as a bail resource, and/or third-party custodian
2) Foreign Court documents related to 2021 arrest warrant out of El Salvador
3) English translations of Foreign Court documents related to 2021 arrest warrant out of El Salvador
4) Declaration of Counsel regarding Mr. Ramirez-Palacio's recent hospitalization

   Relief sought *(be specific)*:

Mr. Ramirez-Palacios request an order granting pretrial release under subsection (c), Title 18 U.S.C. §3142, with conditions the Court deems appropriate.

Counsel for the defendant and plaintiff United States Government consulted on  5/21/2025
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to   ☑ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on  5/21/2025 (via email) .

An interpreter is  ☑ required  ☐ not required.  Language   Spanish
Defendant is   ☑ in custody  ☐ not in custody.

| 5/22/2025 | /s/ M. Bo Griffith |
|---|---|
| Date | Moving Party |

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)