# EXHIBIT 1



## JUZGADO ESPECIALIZADO DE INSTRUCCIÓN "B"

Boulevard Tutunichapa, Centro Integrado de Justicia Penal Doctor Isidro Menéndez,
edificio C, San Salvador
Teléfono 2231-8600 Ext. 3779, 3780 y 3784

27 de julio de 2021.-

OFICIO No. 2121
SEÑOR JEFE DE LAS BARTOLINAS JUDICIALES
DEL CENTRO INTEGRADO DE JUSTICIA PENAL DR. ISIDRO MENÉNDEZ
Presente

Atentamente solicito a Usted, **AUTORICE EL INGRESO A LA ORDEN DE ESTE JUZGADO, al** imputado: **JORGE ALBERTO PALACIOS, o BYRON ALEXANDER RAMIREZ PALACIOS,** de veintinueve años de edad, nacido el veintitrés de marzo de mil novecientos noventa y dos, originario de La Libertad, trabaja como supervisor en una empresa, soltero, hijo de LUZ PALACIOS; **no recuerda la dirección donde reside,** quien manifestó no pertenecer a Maras o Pandillas; a quien se le atribuye la comisión del delito de AGRUPACIONES ILÍCITAS, en perjuicio de la PAZ PUBLICA, tipificado y sancionado en el art. 345 del código penal en relación con la LEY DE PROSCRIPCIÓN DE MARAS, PANDILLAS, AGRUPACIONES, ASOCIACIONES Y ORGANIZACIONES DE NATURALEZA CRIMINAL.-

Lo anterior en virtud de haberse **CELEBRADO AUDIENCIA PRELIMINAR Y DICTADO SOBRESEIMIENTO PROVISIONAL A FAVOR DEL MISMO,** de conformidad a lo establecido en el Art. 351 CPP.-

ASÍ MISMO, HAGO DE SU CONOCIMIENTO QUE EL PROCESO EN COMENTO NO PUEDE SER PUESTO EN LIBERTAD, EN VIRTUD QUE SE HA APLICADO EL EFECTO SUSPENSIVO, DE CONFORMIDAD A LO ESTABLECIDO EN EL ART. 457 CPP.-

**NO OMITO MANIFESTAR QUE EL PROCESADO EN COMENTO, SERÁ TRASLADADO POR ELEMENTOS DE LA SECCIÓN DE TRASLADO DE REOS DE LA CORTE SUPREMA DE JUSTICIA.-**

Lo que hago de su conocimiento para los efectos legales siguientes

DIOS    UNIÓN    LIBERTAD

LICDA. HILDA DE JESUS VILLANUEVA.-
JUEZA ESPECIALIZADA DE INSTRUCCIÓN INTA.-

C/B-173-15(3).
C/B 16-16-3.-
Ref. Fiscal: 402-UFEADH-ZAC-2014
Y 137-UFEADH-ZAC-2015.-

Fredy Rodriguez
12:25

[state seal] REPUBLIC OF EL SALVADOR IN CENTRAL AMERICA

## SPECIALIZED INVESTIGATING MAGISTRATE'S COURT "B"

Tutunichapa Boulevard, Doctor Isidro Menéndez Integrated Criminal Justice Center,
Building "C", San Salvador
Telephone 2231-8600, ext. 3779, 3780 & 3784

July 27, 2021.-

**LETTER No. 2121**

**HEAD OF THE JUDICIAL CELLS
OF THE DOCTOR ISIDRO MENÉNDEZ INTEGRATED CRIMINAL JUSTICE CENTER**
P r e s e n t

I kindly request you to **AUTHORIZE INCARCERATION BY THE ORDER OF THIS COURT for** the defendant: twenty-nine-year old **JORGE ALBERTO PALACIOS or BYRON ALEXANDER RAMIREZ PALACIOS**, born on March twenty-third of nineteen hundred and ninety-two, originally from La Libertad, working as supervisor in a company, single, son of LUZ PALACIOS; **who does not remember his residential address, who declared not to belong to Maras or Gangs; to whom the commission of the crime of ILLICIT GROUPS is attributed, to the detriment of public peace, defined and punished in Art. 345 of the Penal Code in connection with the LAW OF PROHIBITION OF MARAS, GANGS, GROUPS, ASSOCIATIONS AND ORGANIZATIONS OF A CRIMINAL NATURE.**

The foregoing by virtue of the fact that a **PRELIMINARY HEARING HAS BEEN HELD AND A PROVISIONAL DISMISSAL IN SUPPORT OF IT HAS BEEN PRONOUNCED,** in accordance with the provisions of Art. 351 of the Code of Criminal Procedure.

LIKEWISE, I BRING TO YOUR ATTENTION THAT DUE TO THE PROCESS THAT HAS STARTED HE CANNOT BE RELEASED BY VIRTUE OF THE APPLICATION OF THE SUSPENSIVE EFFECT IN ACCORDANCE WITH THE PROVISIONS OF ART. 457 OF THE CODE OF CRIMINAL PROCEDURE.

**I DO NOT OMIT TO DECLARE THAT THE PROCESSED PERSON MENTIONED SHALL BE TRANSFERRED BY ELEMENTS OF THE SECTION OF PRISONER TRANSFER OF THE SUPREME COURT OF JUSTICE.**

I bring this to your attention for the following legal effects

**GOD      UNION      LIBERTY**          [stamp]

SPECIALIZED INVESTIGATING
MAGISTRATE'S COURT OF SAN
SALVADOR, EL SALVADOR, C.A.

[illegible signature]          REPUBLIC OF EL SALVADOR IN
                                             CENTRAL AMERICA

**ATTY. HILDA DE JESUS VILLANUEVA
SPECIALIZED INVESTIGATING MAGISTRATE'S COURT JUDGE**

**C/B-173-15(3),
C/B 16-16-3.-**                                        *Fredy Rodríguez* [Handwritten]
Fiscal ref.: 402-UFEADH-ZAC-2014              12:25
AND 137- UFEADH-ZAC-2015.-                    [remainder illegible]