# EXHIBIT 2

 

Juzgado Especializado de Sentencia "C",
Centro Integrado de Justicia Penal
Dr. Isidro Menéndez, San Salvador.
Tel. 2231-8600 Ext. 3889

Referencia 24-C-2021-2.
San Salvador, 08 de noviembre de 2021.

Oficio N° 2227

Señor Director del Centro Penitenciario de Seguridad de Izalco Fase I.

Por este medio, le informo que este día se declaró firme el sobreseimiento definitivo de las quince horas del día veintisiete de octubre del presente año, emitido a favor del señor:

**Jorge Alberto Palacios o Byron Alexander Ramírez Palacios**, de veintinueve años de edad, nacido el veintitrés de marzo de mil novecientos noventa y dos, originario de La Libertad, trabaja como supervisor en una empresa, soltero, hijo de Luz Palacios; quien no recordó su lugar de residencia, a quien se le atribuye la comisión del delito de **Organizaciones Terroristas Agravadas**, previsto y sancionado en los **arts. 13 y 34, literales a), c), f) g) y j)**, de la Ley Especial Contra Actos de Terrorismo, en lo sucesivo LECAT en perjuicio de la **Integridad Personal o Libertad de las Personas y La Soberanía Nacional de la Republica de El Salvador**.

En consecuencia, le solicito poner al indiciado en **inmediata libertad**, siempre y cuando se verifique que no se encuentre a la orden de otra sede judicial, por delitos similares o distintos, al depurado en este Juzgado.

Finalmente le solicito que de cumplirse o no la presente orden de libertad, deberá informar inmediatamente a esta sede judicial al telefax **2231- 8737** o al correo electrónico institucional **jespecializadosentenciac.sansalvador.ss@oj.gob.sv**

Sin otro particular.

Dios Unión Libertad.

Lic. Oscar Antonio Castro Ramírez.
Juez Especializado de Sentencia "C",
San Salvador.

| | | |
|---|---|---|
| [seal] JUDICIAL BODY<br>SUPREME COURT OF JUSTICE | **Specialized Sentencing Court "C"**<br>**Integrated Criminal Justice Center**<br>Dr. Isidro Menéndez<br>Tel. 2231-8600 ext. 3889 | [state seal]<br>REPUBLIC OF EL SALVADOR<br>IN CENTRAL AMERICA |

**Reference 24-C-2021-2.**
**San Salvador, November 08, 2021.**

**Letter No.** *2227* [Handwritten]
**Director of the Izalco Phase 1 Secure Penitentiary Facility.**

I hereby inform you that on this day, the final dismissal of the fifteen hours of the twenty-seventh day of October of the current year was issued in favor of Mr.:

**Jorge Alberto Palacios or Byron Alexander Ramírez Palacios**, age twenty-nine, born on March twenty-third of nineteen hundred and ninety-two, originally from La Libertad, working as supervisor in a company, single, son of Luz Palacios; who didn't remember his residential address, to whom the commission of the crime of **Aggravated Terrorist Organizations** is attributed, defined and punished in **Articles 13 and 34, Letters a), c), f), g) and j) of the Special Law Against Acts of Terrorism,** hereinafter **LECAT**, to the detriment of the **Personal Integrity or Personal Liberty and the National Sovereignty of the Republic of El Salvador.**

Consequently, I request you to **immediately release** the accused as long as it is verified that he is not under the order of another court due to crimes that are similar or different than the ones determined in this Court.

I finally request you that in case this release order is complied or not complied with, you shall immediately inform this court by fax **2231-8737** or institutional email **jespecializadosentenciac.sansalvador.ss@oj.gob.sv**

This is all for the present.

**God Union Liberty.**

[stamp] SPECIALIZED
SAN SALVADOR                                            [illegible signature]
SENTENCING COURT
El Salvador, C.A.                          **Atty. Oscar Antonio Castro Ramírez,**
**Specialized Sentencing Judge "C",**
**San Salvador.**