# EXHIBIT 3



*Alcaldía Municipal de La Libertad*
*Departamento de La Libertad, El Salvador, C.A.* SERIE "C"
*Teléfonos(s) 2314-4204, 2314-4200* No. 002765
*Correo Electronico : registrofamiliar@alcaldiadelalibertad.com*

**La Infrascrita Jefa del Registro del Estado Familiar:**
CERTIFICA: que a página CINCUENTA Y NUEVE del tomo DOS del Libro de Partidas de Nacimiento Número NOVENTA Y CUATRO que esta Oficina llevó en el año de mil novecientos noventa y dos, se encuentra asentada la que literalmente dice: Partida Número CINCUENTA Y NUEVE .JORGE ALBERTO PALACIOS, sexo masculino, nació a las siete horas del día veintitrés de marzo del corriente año, en el Barrio San José de esta ciudad, siendo hijo de LUZ PALACIOS ESPINOZA, originaria de San Vicente, de treinta y dos años de edad, de Of. domésticos, del domicilio de esta ciudad y de nacionalidad Salvadoreña. Dio estos datos LUZ PALACIOS ESPINOZA, quien es la madre del recién nacido, y exhibió su Cédula de Identidad Personal número 4-6-002930, expedida por la Alcaldía Municipal de esta ciudad y no firma por no saber pero deja impreso la huella del dedo pulgar derecho juntamente con el Infrascrito Jefe del Reg. Civil que autoriza. REGISTRO CIVIL: Alcaldía Municipal de La Libertad, a los treinta días del mes de marzo de mil novecientos noventa y dos.- G. Leticia A. Rosales Huella digital .- ****RUBRICADA****.- Es conforme con su original con el cual se confrontó y para los efectos de Ley se extiende la presente en la Oficina del Registro del Estado Familiar Alcaldía Municipal de La Libertad el día siete de mayo de dos mil Veintiuno /////.- Cualquier alteración anula la presente certificación partida.////////////////////////////////////////////////

Rosario del Carmen Funes Cortez
Sub- Jefe del Registro del Estado Familiar

OEER-EA-R-NE-Z-NE-B-ZI/ZN/RZRO-OL-OT-OE

|  |  |  |
|---|---|---|
| [state seal]<br>REPUBLIC OF EL SALVADOR<br>IN CENTRAL AMERICA<br>*ISDEM*<br>SALVADORAN INSTITUTE OF<br>NATIONAL DEVELOPMENT | ***Municipal Town Hall of La Libertad***<br>***State of La Libertad, El Salvador, C.A.***<br>***Telephone(s) 2314-4204, 2314-4200***<br>***Email: registrofamiliar@alcaldiadelalibertad.com*** | **"C" SERIES**<br>**No. 002766** |

**The undersigned Head of the Family Register Office:**

CERTIFIES that on page FIFTY-NINE of volume TWO of the Book of Birth Certificates Number NINETY-FOUR that this Office kept in the year nineteen hundred and ninety-two, the following is recorded verbatim: Certificate Number FIFTY-NINE, JORGE ALBERTO PALACIOS, male, born at seven a.m. on the twenty-third day of March of the current year in the Neighborhood of San José of this city, being the son of thirty-two year-old LUZ PALACIOS ESPINOZA, originally from San Vicente, housekeeper by trade, domiciled in this city and of Salvadoran citizenship. This information was provided by LUZ PALACIOS ESPINOZA, who is the mother of the newborn and showed her Personal ID Card no. 4-6-002930 issued by the Municipal Town Hall of this city and she doesn't know how to sign but leaves the fingerprint of her right thumb, together with the authorizing Undersigned Head of the Office of Vital Records. OFFICE OF VITAL RECORDS: Municipal Town Hall of La Libertad on the thirtieth day of the month of March of nineteen hundred and ninety-two. G. Leticia A. Rosales  Fingerprint. ****INITIALED****. It matches the original with which it was compared, and for legal purposes this document is issued in the Family Register Office of the Municipal Town Hall of La Libertad on the seventh day of May of two thousand twenty-one ////. Any alteration voids this certification.
//////////////////////////////////////////////////////////

|  |  |
|---|---|
| [illegible signature]<br><br>Rosario del Carmen Funes Cortez<br>Deputy Head of the Family Register Office | [stamp] MUNICIPAL TOWN HALL OF THE<br>PORT OF LA LIBERTAD<br>STATE OF LA LIBERTAD<br>REPUBLIC OF EL SALVADOR<br>IN CENTRAL AMERICA<br><br>DEPT. OF THE FAMILY<br>REGISTER OFFICE |

*OEER-EA-R-NE-Z-NE-B-ZI/ZN/RZRO-OL OT:OE*