# EXHIBIT 4

## **DECLARATION OF INTERPRETER**

I, the undersigned, declare that I am an official Federally Certified Court Interpreter and a Court Certified Interpreter, certified by the State of California. My state certification number is: 300795. I further declare that I am fluent in the English and Spanish languages, and that I translated three (3) 1-page documents by Rosario del Carmen Funes Cortez, Oscar Antonio Castro Ramírez and Hilda De Jesus Villanueva from the Spanish language to the English language.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2025, at Long Beach, California.

*Shannon Murphy*

Digitally signed by: Shannon Murphy
DN: CN = Shannon Murphy email = murphylanguageservices@msn.com C = US O = Murphy Language Services, Inc.
Date: 2025.05.15 17:51:33 -08'00'

　　　　　　　　　　　　　　　　　　　　　　　　Shannon K. Murphy