M. Bo Griffith (Bar No. 315358)
(E Mail: bo_griffith@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500; Facsimile: (714) 338-4520

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:25-mj-00245-DUTY |
| v. | |
| JORGE RAMIREZ-PALACIOS | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

Ex Parte to Seal; [Proposed] Order to Seal; and Declaration Of Counsel In Support Of Request For Reconsideration Of Bond

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

May 23, 2025                                    /s/ M. Bo Griffith, DFPD
Date                                            Attorney Name

                                                Jorge Ramirez-Palacios
                                                Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**