Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:25-mj-00245-DUTY-1 |
| v. | |
| Byron Ramirez-Palacios | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Margo A. Rocconi

on 05/30/2025 at 1:00  ☐ a.m. ☑ p.m.

in courtroom 790.

☐ is not approved.

☐ Other: _____

An interpreter is  ☑ required  ☐ is not required.  Language Spanish
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

05/28/2025                V. Velasco                     213-894-3589
Date                      Deputy Clerk                   Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation  ☑ Interpreter's Office  ☑ PSA.