FILED
CLERK, U.S. DISTRICT COURT
5/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ASI___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BYRON RAMIREZ-PALACIOS,<br>  aka "Jorge Alberto Palacios Canas,"<br>  aka "Jorge Palacios,"<br>  aka "Byron Alexander Ramirez,"<br>  aka "Byron Alexander Zelaya Ramirez,"<br>  aka "Liro Tigre De San Luises," and<br>  aka, "Little Tigre,"<br><br>        Defendant. | SACR 8:25-cr-00087-CV<br><br><u>I</u> <u>N</u> <u>D</u> <u>I</u> <u>C</u> <u>T</u> <u>M</u> <u>E</u> <u>N</u> <u>T</u><br><br>[8 U.S.C. § 1326(a): Illegal Alien Found in the United States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. § 1326(a)]

On or about May 6, 2023, defendant BYRON RAMIREZ-PALACIOS, also known as ("aka") "Jorge Alberto Palacios," aka "Jorge Palacios," aka "Byron Alexander Ramirez," aka "Byron Alexander Zelaya Ramirez," aka "Liro Tigre De San Luises," aka "Little Tigre," an alien, who had been officially deported and removed from the United States on or

about June 11, 2021, and April 29, 2013, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or her designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

MIRI SONG
Assistant United States Attorney
Chief, Domestic Security &
Immigration Crimes Section

CHRISTINA MARQUEZ
Assistant United States Attorney
Domestic Security & Immigration
Crimes Section

2