# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CLEAR FORM**

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 8:25-cr-00087-CV-1       CourtSmart c/s 5/30/2025       Date: 5/30/2025

Present: The Honorable **Margo A. Rocconi**, U.S. Magistrate Judge

| Valerie Velasco | Chris Mills | Spanish/Lynmar Vera-Tacoronte |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. **Byron Ramirez-Palacios**

Attorney Present for Defendant: **M. Bo Griffith**

☑ Present   ☑ Custody   ☐ Bond   ☐ Not present        ☑ Present   ☐ CJA   ☐ Retd   ☑ DFPD   ☐ Not present

**PROCEEDINGS: DETENTION HEARING**       ☐ Contested detention hearing is held.

☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____.   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☐ Other: _____

**PROCEEDINGS:**   ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
                   ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
                ☐ GRANTED   ☐ DENIED

Court ORDERS bail as to the above-named defendant  ☐ **modified to**  ☐ **set at: $** _____
  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☑ Other **Matter under submission**

Release Order Issued - Release No. _____                                                       : 40

Deputy Clerk Initials **vv**